# United States Bankruptcy Court

Eastern District of Louisiana

| | |
|---|---|
| JASON ROBERT BOUDREAUX<br>2731 HWY 1010<br>LABADIEVILLE LA  70372 | **15-13092**<br>Chapter 13<br>Section B |

## EX PARTE MOTION TO WITHHOLD EARNINGS AND PAY TO TRUSTEE

NOW INTO COURT comes S.J. Beaulieu, Jr., Trustee, who respectfully states that the debtor, having filed a petition in the United States Bankruptcy Court, governed by Chapter 13 of the United States Bankruptcy Code, and having submitted all disposable earnings to the administration of the above-cited trustee; the trustee respectfully prays that an order be directed to the employer of JASON ROBERT BOUDREAUX:

OCHSNER HEALTH SYSTEM
1978 INDUSTRIAL BLVD
HOUMA LA  70363

directing it to deduct from the earnings of the debtor the sum of $322.58 BI-WEEKLY and be ordered to promptly remit the sums so deducted, with the debtor's case number, 15-13092, printed on all checks or vouchers, to:

S. J. BEAULIEU, JR., TRUSTEE
P. O. BOX 113
MEMPHIS, TN  38101

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for debtor:

JAN S BRUNET
jan@brunetlawfirm.com

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the responding employer, at the addresses listed herein.<br><br>Dec 04, 2015      by: /s/ Melissa Frilot |