# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| JASON ROBERT BOUDREAUX<br>2731 HWY 1010<br>LABADIEVILLE LA 70372 | 15-13092<br>Chapter 13<br>Section A |

## DEBTOR'S MOTION FOR ENTRY OF DISCHARGE AND CERTIFICATION OF PLAN COMPLETION

The debtor(s) certify under penalty of perjury that the following is true and correct, and based on this certification moves for the entry of a discharge pursuant to 11 U.S.C. §1328(a):

1. All plan payments have been completed and the debtor(s) is/are otherwise entitled to a discharge under 11 U.S.C. §1328(a).

2. Debtor does not have any liability for domestic support obligations due on or before the date this certificate is signed, including any post-petition amounts to the extent provided for by the plan, or the debtor has such obligations to:

    Payee:

    Address:

3. Debtor has successfully completed an approved instruction course concerning personal financial management described in 11 U.S.C. §111 if a waiver is not currently in effect.

4. The provisions of 11 U.S.C. §522(q) are not applicable in this case, pursuant to 11 U.S.C. § 1328(h). There are no proceedings pending against the debtor of the kind described in 11 U.S.C. §522(q)(1)(A) or 11 U.S.C. §522(q)(1)(B), pursuant to §1328(h).

5. The debtor is not ineligible to receive a discharge in this case by reason of obtaining a prior discharge in accordance with §1328(f)(1) or (2).

*Jason Boudreaux* 12-18-20

| Debtor's signature     Date | Co-debtor's signature     Date |
|---|---|